**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    CASE NO. 3:21-cr-68-TJC-JRK

CARLOS ANDRES PEDRAZA-AVALOS

_____

**O R D E R**

    This cause came on to be heard on July 20, 2021, for the scheduled waiver of indictment and arraignment hearing at which counsel for the Defendant announced the Defendant's desire to waive indictment. Defendant was advised of the charge and maximum penalties therefor and of his rights concerning waiver of indictment. The Defendant executed a Waiver of Indictment in open Court. The Court finds the Defendant knowingly, intentionally, voluntarily and freely waived his right to require the United States to present this case to a Federal Grand Jury and consented to prosecution by information.

    **DONE AND ORDERED** at Jacksonville, Florida on July 20, 2021.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Corsmeier)
Matt Shirk, Esquire