**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:21-cr-68-TJC-JRK

CARLOS ANDRES PEDRAZA-
AVALOS

---

**REPORT AND RECOMMENDATION**[1]
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11,
Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea
of guilty to Count One of the Information. After cautioning and examining the
Defendant under oath concerning each of the subjects mentioned in Rule 11, I
determined that the guilty plea was knowledgeable and voluntary, and that the
offense charged is supported by an independent basis in fact containing each of
the essential elements of such offense. I therefore recommend that the plea of
guilty be accepted and that the Defendant be adjudged guilty and have sentence
imposed accordingly.

**DONE** and **ORDERED** in Jacksonville, Florida on this 20th day of July,
2021.

JAMES R. KLINDT
United States Magistrate Judge

---

[1]    The parties have agreed to waive the fourteen (14) day objection period to this
Report and Recommendation. 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Rule 1.02(b), M.D. Fla.
Rules; Order (Doc. No. 3), No. 8:20-mc-SDM, entered October 29, 2020, at 6.

Copies to:
Honorable Timothy J. Corrigan
United States District Judge
Marielena Diaz, Courtroom Deputy
Assistant United States Attorney (Corsmeier)
Matt Shirk, Esquire
United States Probation