UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARLOS ANDRES<br>PEDRAZA AVALOS | CASE NO. 3:21-cr-68-TJC-JRK |

| | |
|---|---|
| Counsel for Government:<br>Arnold B. Corsmeier | Counsel for Defendant:<br>Matthew Shirk |

HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Marielena Diaz
Court Reporter: Shannon Bishop
U.S. Probation: Chavi Cheathan
Interpreter: Noemi Quich

## CLERK'S MINUTES

**PROCEEDINGS OF:** SENTENCING

Plea previously accepted.

Defendant adjudged guilty on Count **One of the Information.**

Imprisonment: **TIME SERVED PLUS SEVEN (7) DAYS, WITH A RELEASE DATE OF SEPTEMBER 2, 2021.**

The Court makes the following recommendations to the Bureau of Prisons:
- none

Supervised Release: **NO SUPERVISION TO FOLLOW.**

Special conditions of supervised release:
- none

Defendant shall cooperate in the collection of DNA as directed by the probation officer.

Special Assessment:    **$100.00**    to be paid immediately.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: August 26, 2021                                      Time: 3:11 p.m. – 3:19 p.m.